UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| FOWSIA IBRAHIM, | ) |
|        Plaintiff, | ) Case No.: C10-0089-JCC-MAT |
| v. | ) ~~PROPOSED~~ ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
|        Defendant | ) |

Based on the Plaintiff's Motion and the agreement of Defendant, it is hereby ORDERED that the scheduling Order shall be amended as follows:

- Plaintiff shall file the Opening Brief on or before August 27, 2010
- Defendant shall file the Response Brief on or before September 27, 2010
- Plaintiff shall file the optional Reply Brief on or before October 11, 2010

DATED this <u>23rd</u> day of July, 2010

_____
Mary Alice Theiler
United States Magistrate Judge

~~PROPOSED~~ ORDER   1