UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOWSIA IBRAHIM, | ) |
| | ) CASE NO. C10-0089-JCC-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING LIMITED |
| | ) EXTENSION OF TIME OF |
| MICHAEL J. ASTRUE, | ) REMAINING BRIEFING SCHEDULE |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Defendant filed the parties' second stipulation for extension of time (Dkt. 19), requesting a 46-day extension of the due date in which to file his responsive brief.  A previous extension was granted on July 23, 2010 (Dkt. 16).  Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the remaining briefing schedule, but declines to use the dates requested by the parties.  The deadlines for the remaining briefing are scheduled as follows:

        Defendant's Responsive Brief:      October 29, 2010

        Plaintiff's optional Reply Brief:      November 12, 2010

**The parties should take note that no further extensions will be granted absent**

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01 **extraordinary circumstances.**

02     DATED this 28th day of September, 2010.

                                        _____
                                        Mary Alice Theiler
                                        United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2