UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOWSIA IBRAHIM, ) | |
| ) | CASE NO. C10-0089-JCC-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING LIMITED |
| MICHAEL J. ASTRUE, ) | EXTENSION OF TIME OF |
| Commissioner of Social Security, ) | REMAINING BRIEFING SCHEDULE |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant filed the parties' third stipulation for extension of time (Dkt. 23), requesting a 31-day extension of the due date in which to file his responsive brief. Earlier extensions were granted on July 17, 2010 (Dkt. 15) and September 28, 2010 (Dkt. 21). The Court previously advised the parties that no further extensions would be granted absent extraordinary circumstances. The reasons cited by defendant's counsel do not meet that level, especially since defendant has had two months to contact the client agency after the filing of plaintiff's Opening Brief (August 27, 2010).

After reviewing the status of this case, the Court GRANTS a limited extension of the remaining briefing schedule. The deadlines for the remaining briefing are scheduled as

01 follows:

02      Defendant's Responsive Brief:        November 12, 2010

03      Plaintiff's optional Reply Brief:    November 26, 2010

04

05      DATED this 29th day of October, 2010.

06

07                                           _____
                                             Mary Alice Theiler
08                                           United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2