01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  FOWSIA IBRAHIM,                    )
                                       )   CASE NO. C10-0089-JCC
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )   REPORT AND RECOMMENDATION
11  MICHAEL ASTRUE,                    )
    Commissioner of Social Security,   )
12                                     )
            Defendant.                 )
13  _____)

14      Plaintiff Fowsia Ibrahim brought this action to seek judicial review of the denial of his

15  application for Disability Insurance Benefits and Supplemental Security Income by the

16  Commissioner of the Social Security Administration.   The parties have now stipulated that this

17  case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).   (Dkt.

18  26.)

19      Based on the stipulation of the parties, the Court recommends that this case be

20  REVERSED and REMANDED for further administrative proceedings.   The parties have

21  stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) Re-evaluate Plaintiff's

22  right shoulder impairment; (2) Re-evaluate and further develop the medical opinions of Yuko

REPORT AND RECOMMENDATION
PAGE -1

Fukuda, M.D., and Katie Gienapp, Ph.D., following review of other medical opinions regarding Plaintiff's psychological impairments, including those of Paul Boutin, M.D., Renee A. Cloud, M.D., Kathreen Gimbrere, M.D., Mark Koenen, M.D., and Robert E. Parker, Ph.D.; (3) Re-assess Plaintiff's credibility; (4) Re-evaluate Plaintiff's residual functional capacity; and (5) Re-evaluate Plaintiff's ability to perform her past relevant work by obtaining vocational expert testimony if necessary.  Plaintiff may also present new arguments and further medical evidence, if such evidence becomes available.  The parties further stipulate that, upon proper application, the Court will consider plaintiff's request for costs and attorney's fees under 28 U.S.C. § 2412(d).

Given the above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this 30th day of November, 2010.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2