The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FOWSIA IBRAHIM, | ) |
| Plaintiff, | ) CASE NO. C10-0089-JCC |
| v. | ) ORDER OF REMAND |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. (Dkt. No. 27.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation (Dkt. No. 27);

(2) Based on the stipulation of the parties, the Court REVERSES and REMANDS this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and

ORDER OF REMAND
PAGE -1

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 30th day of December, 2010.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE -2